Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY CHRISTIANSON; ALVIN FISCHER; REV. MARK GALLAGHER; JUANITA GREENWAY; HELEN HEWITT; JORDIS I. JENSEN; JON JORDENS; PAUL KING; NANCY MCCARTER; RALPH K. OLSEN; BEVERLY SCHWARTZ; WILLIAM HUGH SHUFORD; AND PAUL L. WHITING,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services, in his official capacity, and in his individual capacity; INSTITUTE FOR YOUTH DEVELOPMENT; and NORTHWEST MARRIAGE INSTITUTE,<br><br>Defendants. | Case No. CV 06-05520 FDB<br><br>**STIPULATION AND ORDER REGARDING MOTION FOR EXPEDITED DISCOVERY AND BRIEFING SCHEDULE ON PRELIMINARY INJUNCTION MOTION AND MOTIONS TO DISMISS AND/OR OTHER DISPOSITIVE MOTIONS** |

### STIPULATION

The parties to this matter through their undersigned attorneys hereby stipulate and agree to entry of the subjoined Order as follows:

WHEREAS, plaintiffs filed a motion for expedited discovery on November 9, 2006;

WHEREAS, defendants do not oppose the expedited discovery on the terms stated herein, but the parties have agreed that the requested documents will be produced to plaintiffs no later than December 22, 2006, and the requested depositions will occur on January 12, 2007;

STIPULATION AND ORDER - 1

| | |
|---|---|
| 1 | WHEREAS, plaintiffs agree that defendants responses to the amended complaint will be due on January 25, 2007, which may include motions to dismiss and/or other dispositive motions; |
| 2 | |
| 3 | WHEREAS, plaintiffs are willing to re-note their Preliminary Injunction motion to coordinate briefing on that motion and any motions filed by defendants on January 25, 2007, |
| 4 | |
| 5 | NOW THEREFORE, the parties agree that plaintiffs' motion for preliminary injunction will be re-noted for February 16, 2007; defendants' response to the preliminary injunction motion will be due on January 25, 2007; plaintiffs' reply in support of the preliminary injunction motion, along with their response to any motion to dismiss and/or other dispositive motions filed on January 25, 2007, will be due on February 11, 2007; and defendants' reply in support of their motions to dismiss and/or other dispositive motions will be due on February 16, 2007.  Accordingly, plaintiffs' preliminary injunction motion and any motions to dismiss and/or other dispositive motions filed by defendants on January 25, 2007, will be fully submitted to the Court on February 16, 2007. |

:STIPULATED AND AGREED this ___ day of November, 2006.

| | |
|---|---|
| PHILLIPS LAW GROUP, PLLC | COUNSEL FOR DEFENDANT MICHAEL O. LEAVITT |
| /s/ John W. Phillips | /s/ W. Scott Simpson |
|     John W. Phillips, WSBA No. 12185 | W. SCOTT SIMPSON |
|     Attorney for Plaintiffs | |
| | U.S. Department of Justice |
| | Federal Programs Branch |
| | Civil Division, Room 986 |
| | Post Office Box 883 |
| | Washington, D.C. 20044 |
| | Telephone:     (202) 514-3495 |
| | Facsimile:     (202) 616-8202 |
| | E-mail:  scott.simpson@usdoj.gov |
| ARNOLD & PORTER, LLP | /s/ Brian C. Kipniss |
| | Assistant United States Attorney |
| /s/ Maurice A. Leiter   (*admitted pro hac vice*) | 700 Stewart Street, Suite 5220 |
| /s/ John R. Danos        (*admitted pro hac vice*) | Seattle, WA  98101-1271 |
| /s/ Michael L. Lavetter (*admitted pro hac vice*) | Brian.kipnis@usdoj.gov |
| Maury.leiter@aporter.com | |
| John.danos@aporter.com | Counsel for Defendant Michael O. Leavitt |
| Michael.lavetter@aporter.com | |
| Counsel for Plaintiffs | |

STIPULATION AND ORDER  - 2

| | |
|---|---|
| AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE | ELLIS, LI &MCKINSTRY PLLC |
| /s/ Ayesha N. Khan (*admitted pro hac vice*)<br>/s/ Richard B. Katskeer (*admitted pro hac vice*)<br>/s/ Alex Luchenitser (*admitted pro hac vice*)<br>s/ Dena S. Sher (*admitted pro hac vice*)<br>kahn@au.org<br>katskee@au.org<br>luchenitser@au.org<br>sher@au.org | /s/ Kristen K. Waggoner<br>kwaggoner@elmlaw.com<br><br>Counsel for Defendant Northwest Marriage Institute |
| Counsel for Plaintiffs | |
| CENTER FOR LAW & RELIGIOUS FREEDOM | ALLIANCE DEFENSE FUND |
| /s/ Steven H. Aden<br>Steven H. Aden<br>8001 Braddock Road, Suite 300<br>Springfield, VA  22151<br>Phone:  (703) 642-1070<br>saden@clsnet.org | /s/ Heather Gebelin Hacker (*admitted pro hac vice*)<br>/s/ Timothy D Chandler (*admitted pro hac vice*)<br>/s/ Joel L Oster (*admitted pro hac vice*)<br>hghacker@telladf.org<br>tchandler@telladf.org<br>joster@telladf.org<br>Counsel for Defendant Northwest Marriage Institute |
| Counsel for Defendant Institute for Youth Development | |

# ORDER

Based on the Stipulation of the parties set forth above, and the records and files herein, the Court hereby ORDERS as follows:

1. Plaintiffs' motion for expedited discovery is granted and shall take place in accordance with the parties' stipulation;

2. Defendants' response to the amended complaint shall be due on January 25, 2007;

3. Plaintiffs' motion for preliminary injunction shall be re-noted for February 16, 2007;

STIPULATION AND ORDER  - 3

4. Any motion to dismiss and/or other dispositive motions filed by defendants in response to the amended complaint on January 25, 2007, will be noted for February 16, 2007; and

5. The briefing schedule for the motions identified in paragraphs 3 and 4 above shall be pursuant to the parties' stipulation.

DATED this 27th day of November 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

PHILLIPS LAW GROUP, PLLC

/s/ John W. Phillips
    John W. Phillips, WSBA No. 12185

ARNOLD & PORTER, LLP

/s/ Maurice A. Leiter   (*admitted pro hac vice*)
/s/ John R. Danos       (*admitted pro hac vice*)
/s/ Michael L. Lavetter *(admitted pro hac vice)*
Maury.leiter@aporter.com
John.danos@aporter.com
Michael.lavetter@aporter.com

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

/s/ Ayesha N. Khan (*admitted pro hac vice*)
/s/ Richard B. Katskeer (*admitted pro hac vice*)
/s/ Alex Luchenitser (*admitted pro hac vice*)
s/ Dena S. Sher (*admitted pro hac vice*)
kahn@au.org

STIPULATION AND ORDER - 4

1  katskee@au.org
   luchenitser@au.org
2  sher@au.org

3  Attorneys for Plaintiffs

4

5  Agreed as to Form and Notice of Presentation Waived:

6  COUNSEL FOR DEFENDANT
   MICHAEL O. LEAVITT
7

8  /s/ W. Scott Simpson
   W. SCOTT SIMPSON
9  U.S. Department of Justice
   Federal Programs Branch
10 Civil Division, Room 986
   Post Office Box 883
11 Washington, D.C. 20044
   Telephone:    (202) 514-3495
12 Facsimile:    (202) 616-8202
13 E-mail:  scott.simpson@usdoj.gov

14 /s/ Brian C. Kipniss
   Assistant United States Attorney
15 700 Stewart Street, Suite 5220
   Seattle, WA  98101-1271
16 Brian.kipnis@usdoj.gov
   Counsel for Defendant Michael O. Leavitt
17

18 ELLIS, LI &MCKINSTRY PLLC

19 /s/ Kristen K. Waggoner
   kwaggoner@elmlaw.com
20 Counsel for Defendant Northwest Marriage Institute

21 ALLIANCE DEFENSE FUND

22 /s/ Heather Gebelin Hacker (*admitted pro hac vice*)
   /s/ Timothy D Chandler (*admitted pro hac vice*)
23 /s/ Joel L Oster (*admitted pro hac vice*)
   hghacker@telladf.org
24 tchandler@telladf.org
   joster@telladf.org
25 Counsel for Defendant Northwest Marriage Institute

26 CENTER FOR LAW & RELIGIOUS FREEDOM

27

STIPULATION AND ORDER  - 5

1  /s/ Steven H. Aden
   Steven H. Aden
2  8001 Braddock Road, Suite 300
   Springfield, VA  22151
3  Phone:  (703) 642-1070
4  saden@clsnet.org
   Counsel for Defendant Institute for Youth Development

STIPULATION AND ORDER  - 6