The Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| BARRY CHRISTIANSON, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, et al.<br><br>　　　　　Defendants. | Case No. 3:06-cv-05520-FDB<br><br>STIPULATION AND ORDER TO<br>CLARIFY SCHEDULE |

　　The parties herein, by their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

　　WHEREAS, on September 18, 2006, the Clerk entered a Minute Order Regarding Initial Disclosures and Joint Status Report, setting deadlines for a conference under Rule 26(f) of the Federal Rules of Civil Procedure, for the service of initial disclosures under Rule 26(a), and for the filing of a Joint Status Report and Discovery Plan (docket #23);

　　WHEREAS, plaintiffs filed a motion for preliminary injunction on November 8, 2006 (docket #35), and a motion for expedited discovery on November 9, 2006 (docket #39);

　　WHEREAS, on November 21, 2006, the parties filed a stipulation and proposed order proposing (1) dates for the discovery responses and depositions sought in the motion for expedited discovery, (2) a deadline for defendants to respond to the amended complaint, and (3) a

Stipulation and Order to Clarify Schedule

Case No. 3:06-cv-05520-FDB - page 1

U.S. Department of Justice, Rm. 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495

schedule for briefing on plaintiffs' motion for preliminary injunction and on any dispositive motions to be filed by the defendants (docket #42);

AND WHEREAS, the Court entered an Order pursuant to such stipulation on November 27, 2006 (docket #44);

NOW THEREFORE, the parties submit that the Order of November 27, 2006 (docket #44), implicitly vacated the deadlines set forth in the earlier Minute Order Regarding Initial Disclosures and Joint Status Report (docket #23), and that, in any event, the actions called for by the Minute Order would be unnecessary until after completion of the procedures outlined in the Court's Order of November 27, 2006.  The parties submit, however, that an order should be entered explicitly vacating the deadlines in the Minute Order.

Respectfully submitted,

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT MICHAEL O. LEAVITT |
|---|---|
| PHILLIPS LAW GROUP, PLLC | Peter D. Keisler, Assistant Attorney General |
| /s John W. Phillips | John McKay, United States Attorney |
| _____ | Brian C. Kipnis, Assistant U.S. Attorney |
| John W. Phillips, WSBA No. 12185 | Sheila M. Lieber, Deputy Branch Director |
| PHILLIPS LAW GROUP, PLLC | |
| 315 Fifth Avenue South, Suite 1000 | /s W. Scott Simpson |
| Seattle, Washington 98104 | _____ |
| Telephone:   (206) 382-6163 | W. Scott Simpson |
| Facsimile:    (206) 382-6168 | U.S. Department of Justice |
| E-mail:       jphillips@jphillipslaw.com | Federal Programs Branch |
| | Civil Division, Room 7210 |
| Maurice A. Leiter* | Post Office Box 883 |
| John R. Danos* | Washington, D.C. 20044 |
| Michael L. Lavetter* | Telephone: (202) 514-3495 |
| ARNOLD & PORTER LLP | Facsimile:   (202) 616-8470 |
| 777 South Figueroa Street, 44th Floor | E-mail:       scott.simpson@usdoj.gov |
| Los Angeles, California 90017-5844 | |
| Telephone: (213) 243-4153 | |
| | |
| Ayesha N. Khan* | COUNSEL FOR DEFENDANT INSTITUTE |
| Richard B. Katskeer* | FOR YOUTH DEVELOPMENT |
| Alex Luchenitser* | |
| Dena S. Sher* | /s Steven H. Aden |
| AMERICANS UNITED FOR SEPARATION | _____ |
| OF CHURCH AND STATE | Steven H. Aden |
| 518 C Street, NE | Chief Litigation Counsel |
| Washington, DC 20002 | Center for Law & Religious Freedom |
| Telephone:  (202) 466-3234 | 8001 Braddock Rd., Suite 300 |

| Stipulation and Order to Clarify Schedule | U.S. Department of Justice, Rm. 7210 |
|---|---|
| Case No. 3:06-cv-05520-FDB - page 2 | Post Office Box 883 |
| | Washington, D.C. 20044 |
| | Telephone:  (202) 514-3495 |

| | |
|---|---|
| Facsimile:    (202) 466-2587 | Springfield, Virginia  22151<br>Telephone: (703) 642-1070 x3504<br>E-mail:    saden@clsnet.org |
| COUNSEL FOR DEFENDANT<br>NORTHWEST MARRIAGE INSTITUTE | W. Theodore Vander Wel, WSBA No. 18200<br>VANDER WEL, JACOBSON, BISHOP<br>& McCUTCHEON, PLLC |
| /s Timothy D. Chandler<br>_____<br>Timothy D. Chandler*<br>Heather Gebelin Hacker*<br>Joel L. Oster*<br>ALLIANCE DEFENSE FUND<br>101 Parkshore Drive, Suite 100<br>Folsom , California 95630<br>Telephone:   (916) 932-2850<br>Email:    Tchandler@telladf.org | 10500 NE 8th Street, Suite 1900<br>Bellevue, WA 98004<br>Telephone: (425) 462-7070<br>Facsimile:    (425) 646-3467<br>E-mail:    theo@vjbm.com |
| Kristen K. Waggoner, WSBA No. 27790<br>ELLIS, LI & MCKINSTRY PLLC<br>Two Union Square<br>601 Union Street, Suite 4900<br>Seattle, Washington 98101-3906<br>Telephone:   (206) 682-0565<br>Facsimile:    (206) 625-1052 | |

* Admitted pro hace vice

## ORDER

Pursuant to this Court's Order of November 27, 2006 (docket #44), and the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the deadlines stated in the Minute Order Regarding Initial Disclosures and Joint Status Report (docket #23) should be, and the same hereby are, VACATED.

DATED this 21st day of December, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Clarify Schedule

Case No. 3:06-cv-05520-FDB - page 3

U.S. Department of Justice, Rm. 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495