UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY CHRISTIANSON, et al., <br><br> vs. <br><br> MICHAEL O. LEAVITT, et al. | No. C06-5520 FDB <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on Plaintiffs' motion for leave to file additional evidence. The Court, having considered Plaintiffs' motion, Defendants' responses, and the documents and records in the file, the Court finds that:

Based on the evidence presented, IT IS ORDERED that Plaintiffs' Motion for Leave is hereby GRANTED, and the document attached as Exhibit A to the Declaration of John R. Danos in Support of Plaintiffs' Motion for Leave is hereby deemed filed in connection with Plaintiffs' Motion for Preliminary Injunction.

ENTERED this 19th day of March, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE